THE HON. ROBERT S. LASNIK

FEB 3 2003

CV 96 01656 #00000126

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOURE BUTLER,<br><br>                Plaintiff,<br><br>vs.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>                Defendant. | NO. C96-1656<br><br>STIPULATED ORDER OF DISMISSAL |

Plaintiff Toure Butler, by and through his attorney of record, Michael D. Hunsinger of Hunsinger and Associates Sutkus & Kestle, and Defendant National Collegiate Athletic Association, by and through its attorney of record, Paul R. Taylor of Byrnes & Keller, LLP, having stipulated that this matter be dismissed with prejudice and without costs,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment awarded the Plaintiff against the Defendant on June 18, 2002 has been satisfied in full, and this case is hereby dismissed, with prejudice, and without the award of additional costs to either party.

STIPULATED ORDER OF DISMISSAL - 1

HUNSINGER AND ASSOCIATES
SUTKUS & KESTLE
LAWYERS
The Westland Building
100 South King Street, Suite 400
Seattle, WA 98104
(206) 624-1177
FAX (206) 624-1178

ORIGINAL

1 | DATED this 3rd day of February, 2003.

_____
HON. ROBERT S. LASNIK
United States District Court Judge

Presented By:

HUNSINGER AND ASSOCIATES
SUTKUS & KESTLE
Attorneys for Plaintiff

By: _____
MICHAEL D. HUNSINGER
WSBA NO. 7662

Approved For Entry By:

BYRNES & KELLER, LLP
Attorneys for Defendant

By: _____
PAUL R. TAYLOR
WSBA NO. 14851

STIPULATED ORDER OF DISMISSAL - 2

HUNSINGER AND ASSOCIATES
SUTKUS & KESTLE
LAWYERS
The Westland Building
100 South King Street, Suite 400
Seattle, WA 98104
(206) 624-1177
FAX (206) 624-1178