UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB - 3 2003

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TOURE BUTLER,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unicorporated association,<br><br>    Defendant - Appellant. | No. 02-35621<br><br>DC# CV-96-01656-RSL<br>Western Washington<br>(Seattle)<br><br>ORDER |

**DOCKETED**
Seattle, WA

Pursuant to stipulation of the parties, this appeal is voluntarily dismissed with prejudice. Fed. R. App. P. 42(b). The parties shall bear their own costs.

A certified copy of this order will act as the mandate for this court.

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

SA   FEB - 4 2003

FOR THE COURT:

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Chris Goelz
Circuit Mediator

2/3/03/cg





CV 96-01656  #00000127